MARTIN WALSH, Individually and as Guardian ad Litem of GEORGE WALSH, an Infant, Respondent, v. WILLIAM VOLLKHOMMER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present —

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.